**U.S. Bankruptcy Court**

**District of Connecticut**

Notice of Electronic Filing

The following transaction was received from Watson, Lisa entered on 3/15/2019 at 3:47 PM EDT and filed on 3/15/2019

**Case Name:** Valerie I. Carlsen
**Case Number:** 19-20366
**Document Number:** 24

**Docket Text:**
**ORDER UNDER SUPERVISORY AUTHORITY OF THE COURT AFTER HEARING (RE: ECF No. 7)**

Attorney Michael Habib has failed to demonstrably obtain and preserve the original petitions and signatures of Ms. V. Carlsen for two bankruptcy filings in violation of local rules: Such cases were prosecuted by him on her behalf without direct, due and adequate client discussion of the rights and responsibilities inherent in seeking bankruptcy relief; such filings were prosecuted without good faith, design and appropriate client consultation so as to merely effect delay and impaired the foreclosure remedies of the Town of East Windsor; such conduct was fundamentally unprofessional and unbecoming of an officer of this Court. For good and compelling cause shown upon the record of this motion; it is hereby

**ORDERED:** Attorney Michael Habib's Electronic Case Filing (ECF) privileges and the right to practice in the United States Bankruptcy Courts, District of Connecticut are hereby immediately suspended for one (1) year and until his reinstatement upon application certifying 3 hours of CLE in bankruptcy ethics and his renewed familiarity and review of the Bankruptcy Rules. The Clerk of the Court is directed to take such action as is necessary to immediately implement this order. (RE: [7] Motion for Order filed by Debtor Valerie I. Carlsen). The Clerk's Office shall serve this Order on Michael Habib via first class mail to address stated on the March 14, 2019 record.
Signed by Judge James J. Tancredi on March 15, 2019. (Watson, Lisa)

# U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Watson, Lisa entered on 3/15/2019 at 3:53 PM EDT and filed on 3/15/2019
**Case Name:**     Valerie I. Carlsen
**Case Number:**     19-20366
**Document Number:** 25

**Docket Text:**
**ORDER:** For cause shown Attorney Andrew Amendola and Michael Habib are ORDERED AND DIRECTED to reimburse Attorney Gregory Arcaro within five (5) business days for the out of pocket costs for the issuance of their respective Subpoenas. (RE: [7] Motion for Order filed by Debtor Valerie I. Carlsen). The Clerk's Office shall serve this Order on Michael Habib and Andrew Amendola via first class mail to the address placed on the March 14, 2019 record.
Signed by Judge James J. Tancredi on March 15, 2019. (Watson, Lisa)

The following document(s) are associated with this transaction: