## File an order :

[19-20366 Valerie I. Carlsen](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 2 (Hartford) |
| Assets: y | Judge: jjt | Case Flag: DebtEd, Repeat, EXHIBITS |

**U.S. Bankruptcy Court**

**District of Connecticut**

Notice of Electronic Filing

The following transaction was received from Adam-Zeini, Zahra entered on 4/5/2019 at 3:52 PM EDT and filed on 4/5/2019
**Case Name:**        Valerie I. Carlsen
**Case Number:**      19-20366
**Document Number:** 36

**Docket Text:**
**ORDER:** Attorney Michael Habib may request, within 7 days, a further hearing requesting relief from the Order of this Court (ECF No. 24) by filing a Motion for Hearing and Other Relief delineating any cause. Absent such Motion and its granting, the Order shall remain in full force and effect. Signed by Judge James J. Tancredi on April 5, 2019. (Adam-Zeini, Zahra)

The following document(s) are associated with this transaction:


**19-20366 Notice will be electronically mailed to:**

Gregory F. Arcaro on behalf of Debtor Valerie I. Carlsen
garcaro@grafsteinlaw.com, arcarogr49801@notify.bestcase.com

Patrick Crook on behalf of Trustee Roberta Napolitano
pcrook@ch13rn.com

Jonathan Kaplan on behalf of Creditor Town of East Windsor
jkaplan@pullcom.com, prulewicz@pullcom.com

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**19-20366 Notice will not be electronically mailed to:**

Kohl's
c/o Becket and Lee LLP

PO Box 3001
Malvern, PA 19355-0701

Brian Staines
Office of Chief Disciplinary Counsel
100 Washington Street
Hartford, CT 06106

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541