# U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Watson, Lisa entered on 4/29/2019 at 3:00 PM EDT and filed on 4/29/2019

**Case Name:** Valerie I. Carlsen
**Case Number:** 19-20366
**Document Number:** 48

**Docket Text:**
**ORDER:** The Court has reviewed Attorney Michael J. Habibs Response (ECF No. 45) to the Courts April 5, 2019 Order (ECF No. 36). As Attorney Habib accepts responsibility for his actions and makes no request for a hearing to seek relief from this Courts Order dated March 15, 2019 (Order, ECF No. 24), the Order remains in full force and effect. The Court will not pursue any further disciplinary proceedings against Attorney Habib.

Upon the termination of the one-year suspension that began on March 15, 2019 and completion of the required CLE training delineated in the Order, Attorney Habib may file an application for reinstatement with the United States Bankruptcy Court, District of Connecticut. (RE: [36] Order, [45] Response filed by Interested Party Michael J. Habib).

The Clerk's Office shall serve this Order on Michael J. Habib, via first class mail to the address listed on Mr. Habib's Response filed in the case.

Signed by Judge James J. Tancredi on April 29, 2019. (Watson, Lisa)