United States Bankruptcy Court
District of Connecticut

In re:                                                                                       Case No. 19-20366-jjt
Valerie I. Carlsen                                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2          User: lwatson              Page 1 of 1                Date Rcvd: Apr 29, 2019
                              Form ID: pdfdoc2           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db              #+Valerie I. Carlsen,    45 Winton Road,    East Windsor, CT 06088-9750
op               +Brian Staines,    Office of Chief Disciplinary Counsel,    100 Washington Street,
                   Hartford, CT 06106-4420
cr                Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
intp              Michael J. Habib,    Inzitari Law Office, LLC,    P.O. Box 261392,   Hartford, CT  06126-1392
op               +Robert M. Frost, Jr.,    Frost Bussert LLC,    129 Church Street, Suite 226,
                   New Haven, CT 06510-2070

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2019 18:56:29     Synchrony Bank,
                   c/o PRA Receivables Management, LLC,    P.O. Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Town of East Windsor
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
              Gregory F. Arcaro    on behalf of Debtor Valerie I. Carlsen garcaro@grafsteinlaw.com,
               5806@notices.nextchapterbk.com
              Jonathan  Kaplan    on behalf of Creditor    Town of East Windsor jkaplan@pullcom.com,
               prulewicz@pullcom.com
              Patrick  Crook    on behalf of Trustee Roberta  Napolitano pcrook@ch13rn.com
              Roberta  Napolitano    notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com
              U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                             TOTAL: 5

# U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Watson, Lisa entered on 4/29/2019 at 3:00 PM EDT and filed on 4/29/2019
**Case Name:**     Valerie I. Carlsen
**Case Number:**     19-20366
**Document Number:** 48

**Docket Text:**
**ORDER:** The Court has reviewed Attorney Michael J. Habibs Response (ECF No. 45) to the Courts April 5, 2019 Order (ECF No. 36). As Attorney Habib accepts responsibility for his actions and makes no request for a hearing to seek relief from this Courts Order dated March 15, 2019 (Order, ECF No. 24), the Order remains in full force and effect. The Court will not pursue any further disciplinary proceedings against Attorney Habib.

Upon the termination of the one-year suspension that began on March 15, 2019 and completion of the required CLE training delineated in the Order, Attorney Habib may file an application for reinstatement with the United States Bankruptcy Court, District of Connecticut. (RE: [36] Order, [45] Response filed by Interested Party Michael J. Habib).

The Clerk's Office shall serve this Order on Michael J. Habib, via first class mail to the address listed on Mr. Habib's Response filed in the case.

Signed by Judge James J. Tancredi on April 29, 2019. (Watson, Lisa)