# United States Bankruptcy Court
## District of Connecticut

FILED

2020 APR 27 A 11: 51

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

In re:

**APPLICATION FOR REINSTATEMENT**
**OF MICHAEL J. HABIB**

_____/

## APPLICATION FOR REINSTATEMENT

The Undersigned Respectfully **APPLIES** to this Honorable Court for **REINSTATEMENT** of the Undersigned's right to practice in and before the United States Bankruptcy Courts for the District of Connecticut and the Undersigned's Electronic Case Filing (ECF) privileges, pursuant to this Honorable Court's *Order Under Supervisory Authority of the Court After Hearing* (ECF No. 24, Case # 19-20366) dated **MARCH 15, 2019.**

In support hereof, the Undersigned Respectfully Represents that:

1.  By *Order* dated **MARCH 15, 2019** (ECF No. 24, Case # 19-20366),

    this Honorable Court **ORDERED:**

    > **Attorney Michael Habib's Electronic Case Filing (ECF) privileges and the right to practice in the United States Bankruptcy Courts, District of Connecticut are hereby immediately suspended for one (1) year and until his reinstatement upon application certifying 3 hours of CLE in bankruptcy ethics and his renewed familiarity and review of the Bankruptcy Rules.**

    a copy of which is appended hereto as Exhibit "**A**;"



INZITARI LAW OFFICE, LLC
PO Box 261392
HARTFORD, CT 06126-1392
TEL: (860) 863-4574
FAX: (860) 863-4625
FIRM JURIS NO. 434419

**1**

2. At the direction of this Honorable Court, the Undersigned was served notice of this Honorable Court's March 15, 2019 *Order* (ECF No. 24, Case # 19-20366) via USPS First Class Mail;

3. In response to this Honorable Court's March 15, 2019 *Order* (ECF No. 24, Case # 19-20366), on **APRIL 26, 2019**, the United States District Court for the District of Connecticut, *sua sponte*, initiated disciplinary proceedings against the Undersigned pursuant to Local Rule 83.2, entitled *Grievance Committee of the United States District Court for the District of Connecticut v. Michael Habib*, and bearing Docket No. 3:19-GP-0009 (SRU) *SEALED*;

4. On **AUGUST 5, 2019**, the Federal Grievance Committee for the District of Connecticut filed a **PRESENTMENT** with the United States District Court for the District of Connecticut, seeking action in the above-referenced disciplinary proceedings (ECF No. 2, Docket No. 3:19-GP-0009 (SRU) *SEALED*);

5. Thereafter, the Fed eral Grievance Committee for the District of Connecticut's filed a *Motion to Withdraw Presentment and Dismiss Case* (ECF No. 7, Docket No. 3:19-GP-0009 (SRU) *SEALED*);

6. By *Order* dated November 1, 2019 (Underhill, J.), the United States District Court for the District of Connecticut **GRANTED** the Federal Grievance Committee for the District of Connecticut's *Motion to Withdraw Presentment and Dismiss Case* (ECF No. 8, Docket No.



INZITARI LAW OFFICE, LLC
PO BOX 261392
HARTFORD, CT 06126-1392
TEL: (860) 863-4574
FAX: (860) 863-4625
FIRM JURIS NO. 434419

2

3:19-GP-0009 (SRU) *SEALED*), a copy of which *Order* is appended hereto as Exhibit "**B**;"

7.   In compliance with this Honorable Court's March 15, 2019 *Order* (ECF No. 24, Case # 19-20366), the Undersigned purchased and completed 3.25 hours of online Continuing Legal Education courses in Bankruptcy Ethics through the Thomson Reuters West LegalEdcenter, including:

   a.   Norton Institutes on Bankruptcy Law "2016 Bankruptcy Law Series: Ethical Issues in Bankruptcy Cases," completed on 12/30/2019 for 1.00 credits in *Ethics and Professionalism*;

   b.   Norton Institutes on Bankruptcy Law "2017 Bankruptcy Law Series: Ethical Issues in Bankruptcy Cases," completed on 4/15/2020 for 1.00 credits in *Ethics and Professionalism*; and,

   c.   American Bankruptcy Institute (ABI) "Leadings Issues in Ethics and Civility, In and Out of the Courtroom," completed on 4/15/2020 for 1.25 credits in *Ethics and Professionalism*;

8.   Upon completion of each of the above-referenced online Continuing Legal Education courses in Bankruptcy Ethics, Thomson Reuters West LegalEdcenter issued to the Undersigned a "Certificate of Completion" for each course, appended hereto as Exhibit "**C**;"

9.   In further compliance with this Honorable Court's March 15, 2019 *Order* (ECF No. 24, Case # 19-20366), the Undersigned certifies that the Undersigned has fully reviewed for renewed familiarity the *Federal Rules of Bankruptcy Procedure* (*effective* December 1, 2019),



INZITARI LAW OFFICE, LLC
PO BOX 261392
HARTFORD, CT 06126-1392
TEL: (860) 863-4574
FAX: (860) 863-4625
FIRM JURIS NO. 434419

3

including the Annotations and Notes of the Advisory Committee on Rules;

10. The Undersigned further certifies that the Undersigned has reviewed for renewed familiarity:

    a. the relevant sections of Title 11 and Title 28 of the *United States Code*;

    b. the United States Bankruptcy Court for the District of Connecticut *Local Rules of Bankruptcy Procedure* (*effective* September 4, 2018);

    c. the United States District Court for the District of Connecticut *Electronic Filing Policies and Procedures* (*revised* October 11, 2018); and,

    d. the United States Bankruptcy Court's *Administrative Procedures for Electronic Case Filing*;

11. The Undersigned further watched and completed the online training modules for attorney electronic filing, and the United States Bankruptcy Court for the District of Connecticut *CM/ECF Online Training Tutorial* and completed the *CM/ECF Certification Exam for Filers*, appended hereto as Exhibit "**D**."

**WHEREFORE**, for the reasons set forth above, the Undersigned Respectfully Requests that this Honorable Court **GRANT** this *Application for Reinstatement*, and **REINSTATE** the Undersigned's right to practice in and before the United States Bankruptcy Courts for the District of Connecticut and the Undersigned's Electronic Case Filing (ECF) privileges, the Undersigned having completed all pre-requisites set-forth in this Honorable Court's *Order Under Supervisory Authority of the Court After*



INZITARI LAW OFFICE, LLC
PO BOX 261392
HARTFORD, CT 06126-1392
TEL: (860) 863-4574
FAX: (860) 863-4625
FIRM JURIS NO. 434419

4

*Hearing* (ECF No. 24, Case # 19-20366) dated **March 15, 2019**, and the requisite time having now since past.

Dated at <u>NEW HAVEN, CONNECTICUT</u> this <u>21ST</u> day of <u>APRIL</u>, <u>2020</u>.

RESPECTFULLY SUBMITTED,

**MICHAEL J. HABIB, ESQ.** (CT29412)
WILLCUTTS & HABIB, LLC
100 PEARL ST., FL. 14
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
E-Mail: Mike@InzitariLawOffice.com


INZITARI LAW OFFICE, LLC
PO BOX 261392
HARTFORD, CT 06126-1392
TEL: (860) 863-4574
FAX: (860) 863-4625
FIRM JURIS NO. 434419

5

# EXHIBIT A



INZITARI LAW OFFICE, LLC
PO BOX 261392
HARTFORD, CT 06126-1392
TEL: (860) 863-4574
FAX: (860) 863-4625
FIRM JURIS NO. 434419

### U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Watson, Lisa entered on 3/15/2019 at 3:47 PM EDT and filed on 3/15/2019

**Case Name:**    Valerie I. Carlsen
**Case Number:**   19-20366
**Document Number:** 24

**Docket Text:**
**ORDER UNDER SUPERVISORY AUTHORITY OF THE COURT AFTER HEARING (RE: ECF No. 7)**

Attorney Michael Habib has failed to demonstrably obtain and preserve the original petitions and signatures of Ms. V. Carlsen for two bankruptcy filings in violation of local rules: Such cases were prosecuted by him on her behalf without direct, due and adequate client discussion of the rights and responsibilities inherent in seeking bankruptcy relief; such filings were prosecuted without good faith, design and appropriate client consultation so as to merely effect delay and impaired the foreclosure remedies of the Town of East Windsor; such conduct was fundamentally unprofessional and unbecoming of an officer of this Court. For good and compelling cause shown upon the record of this motion; it is hereby

**ORDERED:** Attorney Michael Habib's Electronic Case Filing (ECF) privileges and the right to practice in the United States Bankruptcy Courts, District of Connecticut are hereby immediately suspended for one (1) year and until his reinstatement upon application certifying 3 hours of CLE in bankruptcy ethics and his renewed familiarity and review of the Bankruptcy Rules. The Clerk of the Court is directed to take such action as is necessary to immediately implement this order. (RE: [7] Motion for Order filed by Debtor Valerie I. Carlsen). The Clerk's Office shall serve this Order on Michael Habib via first class mail to address stated on the March 14, 2019 record.
Signed by Judge James J. Tancredi on March 15, 2019. (Watson, Lisa)

## U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Watson, Lisa entered on 4/29/2019 at 3:00 PM EDT and filed on 4/29/2019

**Case Name:**       Valerie I. Carlsen
**Case Number:**     19-20366
**Document Number:** 48

**Docket Text:**
**ORDER:** The Court has reviewed Attorney Michael J. Habibs Response (ECF No. 45) to the Courts April 5, 2019 Order (ECF No. 36). As Attorney Habib accepts responsibility for his actions and makes no request for a hearing to seek relief from this Courts Order dated March 15, 2019 (Order, ECF No. 24), the Order remains in full force and effect. The Court will not pursue any further disciplinary proceedings against Attorney Habib.

Upon the termination of the one-year suspension that began on March 15, 2019 and completion of the required CLE training delineated in the Order, Attorney Habib may file an application for reinstatement with the United States Bankruptcy Court, District of Connecticut. (RE: [36] Order, [45] Response filed by Interested Party Michael J. Habib).

The Clerk's Office shall serve this Order on Michael J. Habib, via first class mail to the address listed on Mr. Habib's Response filed in the case.

Signed by Judge James J. Tancredi on April 29, 2019. (Watson, Lisa)

# EXHIBIT B



INZITARI LAW OFFICE, LLC
PO BOX 261392
HARTFORD, CT 06126-1392
TEL: (860) 863-4574
FAX: (860) 863-4625
FIRM JURIS NO. 434419

## Grievance Filings
3:19-gp-00009-SRU *SEALED* In Re: Michael J. Habib

### U.S. District Court

### District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 11/1/2019 at 3:52 PM EDT and filed on 11/1/2019
Case Name:        In Re: Michael J. Habib
Case Number:      3:19-gp-00009-SRU *SEALED*
Filer:
Document Number: 8(No document attached)

Docket Text:
ORDER GRANTING [7] Motion by the FGC to withdraw presentment and dismiss case.
Case will remain under seal. Signed by Judge Stefan R Underhill on 11/1/19 (Pesta, J.)

3:19-gp-00009-SRU *SEALED* Notice has been electronically mailed to:

3:19-gp-00009-SRU *SEALED* Notice has been delivered by other means to:

# EXHIBIT C



INZITARI LAW OFFICE, LLC
PO BOX 261392
HARTFORD, CT 06126-1392
TEL: (860) 863-4574
FAX: (860) 863-4625
FIRM JURIS NO. 434419

# CERTIFICATE OF COMPLETION

STATE: **Connecticut**                    CODE / ID: N/A

ATTENDEE NAME:  MICHAEL HABIB 434008

PROGRAM TITLE:  2017 Bankruptcy Law Series: Ethical Issues in Bankruptcy
Cases (Norton Institutes on Bankruptcy Law)

PROGRAM DATE(S): 04/15/2020

PROGRAM CREDITS: 1.00

EARNED ATTENDANCE CREDIT: 1.00

PROGRAM SPECIALTY CREDITS:

| Ethics and Professionalism |
| --- |
| 1.00 |

EARNED SPECIALTY CREDIT:

| Ethics and Professionalism |
| --- |
| 1.00 |

TRAINING TYPE: Self-Study

ACCREDITATION STATUS:  Available for Credit

\*Please see instructions page for reporting
procedures.

TO BE COMPLETED BY ATTENDEE:
By signing below, I certify that I completed
the program described above and am
entitled to claim the credit detailed.



_____          MICHAEL HABIB 434008

John E. Murphy Registrar

THOMSON REUTERS

West LegalEdcenter
610 Opperman Drive, D6.3752
Eagan MN 55123

# CERTIFICATE OF COMPLETION

STATE: **Connecticut**                    CODE / ID: N/A

ATTENDEE NAME: MICHAEL HABIB 434008

PROGRAM TITLE: American Bankruptcy Institute (ABI): Leading Issues
in Ethics and Civility, In and Out of the Courtroom

PROGRAM DATE(S): 04/15/2020

PROGRAM CREDITS: 1.25

EARNED ATTENDANCE CREDIT: 1.25

PROGRAM SPECIALTY CREDITS:

| Ethics and Professionalism |
| --- |
| 1.25 |

EARNED SPECIALTY CREDIT:

| Ethics and Professionalism |
| --- |
| 1.25 |

TRAINING TYPE: Self-Study

ACCREDITATION STATUS: Available for Credit

*Please see instructions page for reporting procedures.

TO BE COMPLETED BY ATTENDEE:
By signing below, I certify that I completed
the program described above and am
entitled to claim the credits detailed.



John E. Murphy Registrar

MICHAEL HABIB 434008

THOMSON REUTERS

West LegalEdcenter
610 Opperman Drive, D6.3752
Eagan MN 55123

# CERTIFICATE OF COMPLETION

STATE: **Connecticut**                    CODE / ID: N/A

ATTENDEE NAME: MICHAEL HABIB 434008

PROGRAM TITLE: 2016 Bankruptcy Law Series: Ethical Issues in Bankruptcy
Cases (Norton Institutes on Bankruptcy Law)

PROGRAM DATE(S): 12/30/2019

PROGRAM CREDITS: 1.00

EARNED ATTENDANCE CREDIT: 1.00

PROGRAM SPECIALTY CREDITS:

| Ethics and Professionalism |
| :---: |
| 1.00 |

EARNED SPECIALTY CREDIT:

| Ethics and Professionalism |
| :---: |
| 1.00 |

TRAINING TYPE: Self-Study

ACCREDITATION STATUS: Available for Credit

*Please see instructions page for reporting procedures.

TO BE COMPLETED BY ATTENDEE:
By signing below, I certify that I completed the program described above and am entitled to claim the credits detailed.



John E. Murphy Registrar

MICHAEL HABIB 434008

THOMSON REUTERS

West LegalEdcenter
610 Opperman Drive, D6.3752
Eagan MN 55123

# EXHIBIT D



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

12/2012

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

ECF FORM NO. 1 FILER REGISTRATION

     Filer Registration, Application for Password, Waiver of Notice and Service by Mail and Consent to Electronic Notice for Electronic Case Filing System.

     Please complete and return by email: ctb_ecf_help@ctb.uscourts.gov or by mail, to the U.S. Bankruptcy Court, 450 Main Street, Hartford, CT 06103, Attn: ECF Registration. We will contact you via email regarding your registration and password after review of the enclosed information.

| | |
|---|---|
| Name | Michael J. Habib |
| Street Address, City, State & Zip Code | 100 Pearl Street, Fl. 14<br>Hartford, CT 06103-4500 |
| Firm Name | Willcutts & Habib LLC |
| Bar I.D. | ct29412 |
| E-mail Address | Mike@InzitariLawOffice.com |
| Phone Number(s) Office<br>Cell<br>Fax | Office: (860) 249-7071<br>Cell: (978) 987-5076<br>Fax: (860) 863-4625 |
| Other districts I am certified to file electronically using CM/ECF | |

I am requesting that email notice be sent:  After each Filing   X       End of Day Summary _____

1

I, declare, under penalty of perjury, the following is true:

1. I am admitted to practice in the United States Bankruptcy Court for the District of Connecticut and that the information set forth above is true and correct.

2. I agree that the password obtained pursuant to this registration is to file a document in a bankruptcy case or proceeding. The password will constitute my signature upon any documents filed using my password, for all purposes authorized and as required by law, including, without limitations, the United States Code, Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure, Federal Rules of Criminal Procedure, and any applicable local rules and non-bankruptcy law.

3. I agree that it is my responsibility to maintain in my records all documents bearing original signatures filed using my password for a period of five (5) years after the case or proceeding in which the documents have been filed has been closed.

4. I agree that it is my responsibility to protect and secure the confidentiality of my password, and that if I allow my password to be used by anyone other than myself that I do so at my own risk. If I believe that my password has been compromised, it is my responsibility to immediately notify the Court.

5. I agree that it is my responsibility to notify the Court immediately in writing, of any change in my address, telephone number, fax number, or email address.

6. I agree that by registering as a Filer, I waive the right to first class mail service, and I request and consent to electronic service via receipt of a "Notice of Electronic Filing" from ECF of all filed documents to which I am entitled.

7. I agree to adhere to the United States Bankruptcy Court's Administrative Procedures for Electronic Case Filing. I understand that it is my responsibility to review the Court's Administrative Procedures for any modifications made. I acknowledge that I have reviewed those Procedures prior to issuance of my password.

_____          04/21/2020_____
ATTORNEY SIGNATURE                                        DATE

For Court Use Only:
Approved by: _____
Password:    _____    Date: _____

2

12/2012

United States Bankruptcy Court
District of Connecticut

CM/ECF CERTIFICATION EXAM FOR FILERS

Note: We strongly urge you to participate in the Online Training Tutorial or attend and in-house Training Class before taking this certification exam. Failure to participate in training may have a negative impact on your final score. Registration is contingent on passing the certification exam.

This test consists of three parts: Part I consists of 10 questions. The questions cover the processes of filing documents in the ECF system. Part II consists of the instructions, and Part III consists of 3 assignments. The assignments represent typical documents that you may file in the ECF system. Failure to comply with the instructions in their entirety will result in your password and login not being assigned.

Please complete the information below before submitting your exam.

FirstName Michael
Last Name  Habib
EmailAddress Mike@InzitariLawOffice.com
Business Address Willcutts & Habib LLC
                 100 Pearl Street, Fl. 14
                 Hartford, CT 06103-4500
Telephone (860) 249-7071
CT Bar # 434008
Date 04/21/2020

3

12/2012

Part I
QUESTIONS

1. In order to attach a document to your entry in CM/ECF, the document must be in what format?
_____ A. Word
_____ B. WordPerfect
___X_____ C. PDF Format
_____ D. On a diskette

2. When filing a chapter 7 case without schedules, the screen asks you to indicate if there are deficiencies, you select the drop down "y" box indicating that there are deficiencies?

___X_____ A. True
_____ B. False

3. When adding several parties in an adversary case, at what point do you indicate to the system that you have added all parties?
_____ A. When you reach final text
___X_____ B. When the selection "end party selection" is selected
_____ C. When you click on "Adversary"
_____ D. When you click on "Search"

4. When filing a document using the CM/ECF system, the system generate a Notice of Electronic Filing. This notice shall be deemed the equivalent of service of the pleading or other paper by first class mail to the parties receiving email notification?
___X_____ A. True
_____ B. False

5. When filing a bankruptcy petition, you need to search for the party. If the party's name appears you?

_____ A. Create a new party
___X_____ B. Select the party from the list
_____ C. None of the above, there's no need to do a search
_____ D. Search again, until no name comes up

6. When filing your bankruptcy petition, you need to attach the petition to your entry. How do you do this?
_____ A. As an email attachment
_____ B. Mail a copy to the court, the clerk's office will scan and attach the document
___X_____ C. At the browse screen as a PDF document
_____ D. All of the above

7. Which of the following statements best describes the method used to record the party who is filing the document?
_____ A. Type the party's name in the docket text
_____ B. Click the check-box for the correct party
_____ C. The party's name is added automatically
___X_____ D. Pick the name of the party from the pick list

4

12/2012

8. Before attaching the document to the docket entry, you should double check that the document you are about to attach is the correct document, so you?

     X      A. Right click on the document then, left click on open
_____B. Single left click on the document to view
_____C. Single click on either left or right to view
_____D. None of the above, you cannot view the document before attaching

9. If it is the first time you are filing a document for a party, how do you create the association between you and the party in the case?

_____A. You do not need to because it is automatic
     X      B. When you get the screen that asks you to check the box for the association
_____C. Once the document is filed the association is created
_____D. None of the above

10. If you realize that your Final Docket Text contains an error, how would you correct that error before accepting that final docket text?

     X      A. Click the "back" button one or more times to find the error
_____B. Log off and try again
_____C. Fix the error in the text screen

Part II
<u>INSTRUCTIONS</u>

You must file the three documents listed below along with your completed registration forms. The documents must be filed exactly as specified below. You will need to enter our training database to complete your assignments. There are 20 logins and passwords available for your use to enter the training database. If you receive the following message: "Warning: the account you entered is already logged in", click on the cancel button and try another login and password or try again later. Logins and passwords are listed on page 6 of this document. The address for the training database is https://ecf-train.ctb.uscourts.gov.

NOTE: The documents to be attached should be a one page "dummy" document. The document should only contain the name of the document filed.

    1. Chapter 7, no asset, joint case, with deficiencies

    2. Motion for relief from stay on the above case, filed by yourself on behalf of American Express to continue in a foreclosure action.

    3. A 727 Complaint filed by you on behalf of American Express as the plaintiff and the debtor on the above case as the defendant.

5

PART III
ASSIGNMENTS

You must submit the following 5 items to the court for review, before a password and login will be assigned:

1. A copy of this exam (with answered questions)
2. The case number of the above chapter 7 case that you filed. Enter case # here: 20-20005 _____
3. The document number of the above motion. Enter the document # here: 2 _____
4. The adversary number for the above complaint. Enter the adversary # here: 20-02004 _____
5. Your registration Form

Please submit the 5 items above to the following address:

U.S. BankruptcyCourt
450 Main Street
Hartford, CT 06103
Attn: ECF Registration
Or by email to:
ctb_ecf_help@ctb.uscourts.gov

LOGINS AND PASSWORDS

Login:              Password:

test_aty1           Attorney1
test_aty2           Attorney2
test_aty3           Attorney3
test_aty4           Attorney4
test_aty5           Attorney5
test_aty6           Attorney6
test_aty7           Attorney7
test_aty8           Attorney8
test_aty9           Attorney9
test_aty10          Attorney10
test_aty11          Attorney11
test_aty12          Attorney12
test_aty13          Attorney13
test_aty14          Attorney14
test_aty15          Attorney15
test_aty16          Attorney16
test_aty17          Attorney17
test_aty18          Attorney18
test_aty19          Attorney19
test_aty20          Attorney20

6

**Chapter 7, no asset, joint case, with deficiencies**

**Motion for relief from stay of American Express to continue in a foreclosure action.**

**727 Complaint of American Express**